# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RICHARD HERSHEY**                                                                                               **PLAINTIFF**

**v.**                          **Case No. 4:20-cv-01397-KGB**

**MAXCIE THOMAS.**
**KASHONDA THOMPKINS,**
**CLEOTIS JOHNSON, and**
**DANNY JENKINS**                                                                     **DEFENDANTS**

## **JUDGMENT**

Before the Court is a joint notice of acceptance of offer of judgment by defendants Maxcie Thomas, Kashonda Thompkins, Cleotis Johnson, and Danny Jenkins (Dkt. No. 7). Defendants represent that Mr. Hershey has accepted defendants' offer of judgment dated December 17, 2020.

Pursuant to the joint notice of acceptance of offer of judgment and Federal Rule of Civil Procedure 68, judgment is hereby entered in favor of Mr. Hershey and against Maxcie Thomas, Kashonda Thompkins, Cleotis Johnson, and Danny Jenkins, jointly and severally, in the amount of $25,000.00, inclusive of all attorney's fees and costs.

So adjudged this 12th day of January, 2021.

                                                                           _____
                                                                           Kristine G. Baker
                                                                           United States District Judge